```
 1  KAREN P. HEWITT
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Office of U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-7466
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED

08 FEB 27 AM 9:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 06CR1828-WQH |
| Plaintiff, ) | |
| v. ) | EX PARTE PETITION FOR REMISSION OF FINE AND ORDER THEREON |
| ROBERTO HERNANDEZ-GARCIA, ) | |
| Defendant. ) | |

The United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, Nov. 18, 1988, for remission of the fine and penalty assessment imposed in this case.

STATEMENT OF FACTS

1. On November 27, 2006, District Judge William Q. Hayes rendered judgment against the above-captioned defendant, levying a fine of $500.00.

/ / /
/ / /
/ / /
/ / /

CRIMP_01

2. On January 28, 2008, the United States Attorney's Financial Litigation Unit staff mailed the defendant's attorney a demand letter. The defendant's attorney did not respond.

3. On February 22, 2008, Immigration verified debtor had been deported to Mexico on July 16, 2007 thru the El Paso port of entry.

4. The United States Attorney will be unable to collect the fine.

5. 18 U.S.C. § 3573 provides that:

> Upon petition by the government that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may in the interest of justice-
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

Public Law 100-690 (November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statute shall apply to all fines and assessments, irrespective of the date of imposition.

6. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Any further effort would, in fact, be contrary to the interests of the United States because they would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the fine and penalty assessment, including interest and penalty.

///
///
///
///
///
///
///
///

1 | STATEMENT OF ACCOUNT:

2 | Fine                                $500.00
    Penalty Assessment                  $100.00
3 |      SubTotal                       $600.00
    Payments:                              0.00
4 | TOTAL DUE                           $600.00

5

6 | DATED:

7

8

9

                                    KAREN P. HEWITT
                                    United States Attorney

                                    BRUCE C. SMITH
                                    Assistant U.S. Attorney

10

11 |                              O R D E R

12 | IT IS SO ORDERED.

13 | DATED:

14 |    2/26/08                        _____
                                        Judge of the District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28 |                                    3                              06CR1828-WQH